# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

| | | |
|---|---|---|
| SCOTT DAVID JOHNSON, | : | No. 132 MM 2022 |
| Petitioner | : | |
| v. | : | |
| COURT OF COMMON PLEAS OF BERKS COUNTY, | : | |
| Respondent | : | |

## <u>ORDER</u>

**PER CURIAM**

**AND NOW**, this 29th day of March, 2023, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus and/or Extraordinary Relief is DENIED.